| PROB 22<br>(Rev. 01/24)<br>**TRANSFER OF JURISDICTION** | X FILED ___ RECEIVED<br>___ ENTERED ___ SERVED ON<br>**02/17/2026**<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF NEVADA<br>BY: ___ **MAM** DEPUTY | DOCKET NUMBER *(Transferring Court)*<br>CR-12-00840-001-TUC-RM (BPV) |
| | | DOCKET NUMBER *(Receiving.Court)*<br>2:26-cr-00024-JAD-NJK |

| NAME AND ADDRESS OF SUPERVISED RELEASEE<br><br>Keith DeShawn Anderson | DISTRICT<br>District of Arizona | DIVISION<br>4: Tucson |
| | NAME OF SENTENCING JUDGE<br>The Honorable Rosemary Márquez<br>U.S. District Judge | |
| | DATES OF SUPERVISED RELEASE | FROM<br>2/18/2025 | TO<br>2/17/2028 |

OFFENSE
Violating Title 18, U.S.C. § 922(g)(1) - Possession of a Firearm by a Convicted Felon, a Class C Felony offense

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
The probation office in the District of Nevada has requested a transfer of jurisdiction as Anderson has adjusted well to supervision and has been free of any violations of supervision thus far.

**PART 1- ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

   IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 3605, the jurisdiction of the supervised releasee, Keith DeShawn Anderson, be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's Order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_January 27, 2026_
Date

_____
The Honorable Rosemary Marquez
U.S. District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2- ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT DISTRICT OF NEVADA**

   IT IS HEREBY ORDERED jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this Order.

_2/19/2026_
Effective Date

_____
United States District Judge